Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CARMACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NC3 SYSTEMS, INC., doing business as "Caliva,"<br><br>Defendant. | Case No. 5:19-cv-00347-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Plaintiff Jake Carmack hereby dismisses the above-entitled action against defendant NC3 Systems, Inc., in its entirety and without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 3, 2019                     Respectfully submitted,

                                                                               By: s/ Frank S. Hedin
                                                                                     Frank S. Hedin

                                                     Frank S. Hedin (SBN 291289)
                                                     HEDIN HALL LLP
                                                     1395 Brickell Ave, Ste 900
                                                     Miami, Florida 33131
                                                     Tel: (305) 357-2107
                                                     Fax: (305) 200-8801
                                                     fhedin@hedinhall.com

                                                     *Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL